HUGH GARDNER AND OLIVER CHARLICK, PLAINTIFFS IN ERROR, *v.* THE PEOPLE OF THE STATE OF NEW YORK, DEFENDANTS IN ERROR.

WRIT of error to the Court of Oyer and Terminer, to review the conviction and sentence of the plaintiffs in error for a misdemeanor in unlawfully and willfully removing an inspector of election in the city of New York.

The counsel for the plaintiffs in error admitted that the rulings of the court upon the trial were in conformity with the principles maintained in *People* v. *Brooks* * and *People* v. *Bogart,*† and conceded that the General Term should affirm the judgment below, so as to entitle the plaintiffs in error to a writ of error to the Court of Appeals.

*A. Oakey Hall, Wm. Fullerton* and *John A. Davenport,* for the plaintiffs in error.

*Benj. K. Phelps,* for defendants in error.

Opinion by DANIELS, J.

DAVIS, P. J., and LAWRENCE, J., concurred.

Judgment affirmed.

* 1 Den., 457.                    † 3 Parker, 143.